JOSEPH W. MATHERS, Respondent, *v.* INTERURBAN STREET RAILWAY COMPANY, Appellant.

*Mathers* v. *Interurban Street Ry. Co.*, 112 App. Div. 397, reversed.
(Argued April 19, 1907; decided May 7, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 20, 1906, which reversed a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and an order denying a motion for a new trial and granted a new trial in an action to recover for personal injuries alleged to have been caused by defendant's negligence.

*Charles F. Brown, Bayard H. Ames, Anthony J. Ernest* and *Henry A. Robinson* for appellant.

*Thomas J. O'Neill* and *Frank M. Hardenbrook* for respondent.

Order of Appellate Division reversed and judgment of Trial Term affirmed, with costs in both courts, on authority of *Reed* v. *Metropolitan St. Ry. Co.* (180 N. Y. 315); no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.